1
2
3
4
5
6
7 **UNITED STATES DISTRICT COURT**
8 **EASTERN DISTRICT OF CALIFORNIA**
9

10  JEREL I. STANFIELD,                          Case No. 1:18-cv-01646-AWI-EPG
11                    Plaintiff,                 **ORDER GRANTING MOTION TO**
12          v.                                   **PROCEED *IN FORMA PAUPERIS***
13                                               (ECF No. 3)
14  COUNTY OF FRESNO, *et al.,*
15                    Defendants.
16 _____

17          Plaintiff, Jerel I. Standfield, is proceeding *pro se* in this action. (ECF No. 1). On

18  November 29, 2018, Plaintiff submitted an application to proceed *in forma pauperis*. (ECF

19  No. 3). Plaintiff has made the requisite showing under 28 U.S.C. § 1915(a). Accordingly, his

20  application to proceed *in forma pauperis* is GRANTED.

21          As to the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. §

22  1915(e)(2), the Court must conduct an initial review of pro se complaints to determine whether it

23  is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint,

24  or portion thereof, if the Court determines that the complaint is legally frivolous or malicious,

25  fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant

26  who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the

27  complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies

28

in the complaint can be cured by amendment. The complaint will be screened in due course and Plaintiff will be served with the resulting order.

IT IS SO ORDERED.

Dated: __December 18, 2018__          /s/ _Erica P. Grosjean_
UNITED STATES MAGISTRATE JUDGE